IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SURE SPORTS LENDING, LLC,
A Limited Liability Company,

    Plaintiff,

Case No. 0:18-cv-62647-BLOOM

v.

JASON PETERS,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties in the above-captioned cased have entered into a settlement agreement and that upon the execution thereof, this lawsuit and all claims and causes of actions related thereto shall be dismissed with prejudice. All pending motions, deadlines, and scheduled hearings shall be rendered moot as a result thereof.

January 8, 2019

Respectfully submitted.

**HEITNER LEGAL, P.L.L.C**
*Attorney for Plaintiff*
215 Hendricks Isle
Fort Lauderdale, FL 33301
Phone: 954-558-6999
Fax: 954-927-3333

By: _____
DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2019, a true and correct copy of the foregoing was electronically filed using CM/ECF on the all counsel of record identified on the Service List below.

**GREENBERG TRAURIG, P.A.**
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
DANIELLE N. GARNO
Florida Bar No. 492027
garnod@gtlaw.com
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
sanchezfo@gtlaw.com

*Counsel for Defendant Jason Peters*